UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

In Re: §

MICHAEL MAYNARD § Case No. 14-40052
Chapter 13
§
Debtor(s). §

## Notice Of Final Cure Payment

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Linda B. Gore, files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

Name of Creditor: <u>SN SERVICING CORPORATION</u>

Final Cure Amount

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 15 | 9023 | $ -0- | $ -0- (Direct Pay) | $-0- |
| 15 | 9023 | $7,372.28 | $ 7,372.28 (Arrearage) | $7,372.28 |

Total Amount Paid by Trustee $7,372.28

Monthly ongoing Mortgage Payment:

Mortgage is Paid:

____ Through the Chapter 13 Conduit      _X_ Direct by the Debtor(s)

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1)whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322 (b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the

holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Prepared this the 19 day of Oct, 2018.

Certificate of Service

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was mailed first class postage prepaid to the following:

MICHAEL MAYNARD
271 H.T. GREER ROAD
ALBERTVILLE, AL 35951

SN SERVICING CORPORATION
323 5TH STREET
EUREKA, CA 95501

THOMAS G. TUTTEN, JR, ESQ.
Attorney for the Creditor
SIROTE & PERMUTT PC
P O BOX 55887
BIRMINGHAM, AL 35255

and served via electronic case management to:

S. VINCENT SMITH ESQ.
Attorney for Debtors
103 WEST MAIN STREET
ALBERTVILLE, AL 35950
smith52701@gmail.com

On this the 19 day of Oct 2018.

Linda B. Gore
Chapter 13 Trustee
P. O. Box 1338
Gadsden, AL 35902-1338
(256) 546-9262